FILED BY _____ O.C.

05 NOV 17 PM 2:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

MARCIA W. CHANDLER and
DAVID K. CHANDLER,

    Plaintiffs,

vs.                                                                 No. 05-2741-B

HAZEL P. MURRAH,

    Defendant.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Stephen F. Bolton has moved to appear pro hac vice for plaintiffs in this action. Mr. Bolton is licensed to practice law in the State of Florida and is a member in good standing of the United States District Courts for the Northern and Middle Districts of Florida. For good cause shown, that motion is granted. It is hereby ordered that Stephen F. Bolton be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

11/17/05
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02741 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Stephen F. Bolton
HOOK BOLTON KIRKLAND & McGHEE, P.A.
3298 Summit Blvd.
Ste. 22
Pensacola, FL 32503--435

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT